UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CABOT LODGE SECURITIES, LLC,<br><br>v.<br><br>STOLTMANN LAW OFFICES, P.C.<br><br>　　　　　　　Defendant. | No. 1:23-cv-03970 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned enters my appearance as counsel in this action for Plaintiff Cabot Lodge securities, LLC. I am admitted to practice in this Court.

Dated: May 12, 2023
　　　New York, New York

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Martin H. Kaplan
　　　　　　　　　　　　　　　　　　　　Martin H. Kaplan
　　　　　　　　　　　　　　　　　　　　Gusrae Kaplan Nusbaum PLLC
　　　　　　　　　　　　　　　　　　　　120 Wall Street, 25th Floor
　　　　　　　　　　　　　　　　　　　　New York, New York 10005
　　　　　　　　　　　　　　　　　　　　Tel: (212) 269-1400
　　　　　　　　　　　　　　　　　　　　Fax: (212) 809-4147
　　　　　　　　　　　　　　　　　　　　mkaplan@gusraekaplan.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*