# GUSRAE KAPLAN NUSBAUM PLLC
### ATTORNEYS AT LAW

120 WALL STREET-25TH FLOOR
NEW YORK, NEW YORK 10005

TEL (212) 269-1400
FAX (212) 809-4147

www.gusraekaplan.com

SCOTT H. GOLDSTEIN
MARTIN H. KAPLAN
LAWRENCE G. NUSBAUM

OF COUNSEL
ROBERT L. BLESSEY

August 29, 2023

**VIA ECF**

The Honorable Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, New York 10007
(212) 805-0238

RE: Cabot Lodge Securities, LLC v. Stoltmann Law Offices, P.C.,
No. 1:23-cv-03970-AS

Dear Judge Subramanian:

I represent Plaintiff "**Cabot**" Lodge Securities, LLC in the above-captioned action and write to respectfully request that Your Honor extend the remaining deadlines for briefing Defendant Stoltmann Law Offices, P.C.'s ("**SLO**") motion to dismiss Cabot's Amended Complaint. See Dkt. 16 (Aug. 18, 2023). The current deadlines to file the opposition and reply briefs are September 1 and 8, 2023, respectively. This is the parties' first request to adjourn the briefing deadlines.

Because our law firm has been very busy on other matters and commitments and has additional litigators joining our team in early September, we requested, and opposing counsel consented to, <u>adjourning our opposition brief deadline by three weeks, to Friday, September 22, and adjourning the reply brief deadline to Friday, October 13, 2023</u>. The parties' next conference with Your Honor is an initial pretrial conference on September 14, 2023.

Thank you very much for considering our request.

Respectfully submitted,

/s/ Kari Parks
Kari Parks

*Counsel for Cabot Lodge Securities, LLC*

SO ORDERED. The Clerk of Court is directed to close ECF No. 20.

Arun Subramanian, U.S.D.J.
Date: August 30, 2023