UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CABOT LODGE SECURITIES, LLC,<br><br>                                Plaintiff,<br><br>-against-<br><br>STOLTMANN LAW OFFICES, P.C.,<br><br>                                Defendant. | 23-cv-3970 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

       On July 21, 2023, Defendant filed a motion to dismiss (Dkt. 10) Plaintiff's original complaint (Dkt. 1). Plaintiff has since filed an amended complaint (Dkt. 14), and Defendant filed a new motion to dismiss on August 18, 2023 (Dkt. 16). As such, the first motion to dismiss is DENIED AS MOOT. The Clerk of Court is directed to close ECF No. 10.

       SO ORDERED.

Dated: September 6, 2023
           New York, New York

                                                            ARUN SUBRAMANIAN
                                                             United States District Judge