UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CABOT LODGE SECURITIES, LLC,<br><br>                             Plaintiff,<br><br>-against-<br><br>STOLTMANN LAW OFFICES, P.C.,<br><br>                            Defendant. | 23-cv-3970 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

       On August 11, 2023, the Court issued its Notice of Initial Pretrial Conference. Dkt. 15. That Notice ordered the parties to submit a joint letter and case-management plan no later than the Thursday of the week prior to the conference. The parties have failed to follow that order. The letter and case-management plan are now due **today, September 13, 2023, by 5:00 p.m.**

       SO ORDERED.

Dated: September 13, 2023
       New York, New York

                                                  ARUN SUBRAMANIAN
                                             United States District Judge