**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
CABOT LODGE SECURITIES, LLC,

                Plaintiff,

  -against-                                      23 **CIVIL** 3970 (AS)

                                                                **JUDGMENT**

STOLTMANN LAW OFFICES, P.C.,

                Defendant.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated October 16, 2023, Stoltmann's motion to dismiss for lack of personal jurisdiction is GRANTED, and all claims against Stoltmann are DISMISSED WITHOUT PREJUDICE to being reinstated in a forum that can exercise personal jurisdiction over Stoltmann. Accordingly, the case is closed.

**Dated:**  New York, New York

       October 16, 2023

                                                    **RUBY J. KRAJICK**
                                                     **Clerk of Court**

                        **BY:**      _____
                                                     **Deputy Clerk**